**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In re Highland Homes – Houston, LLC

Appellate case number:    01-21-00585-CV

Trial court case number:    20-DCV-276771

Trial court:          400th District Court of Fort Bend County

      Real party in interest, Ursula McLendon, has filed an Unopposed Motion to Extend Time to File Response to Relator's Writ of Mandamus. Real party in interest's motion is **granted.** Real party in interest's response brief, if any, is due December 15, 2021.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually

Date: <u>November 23, 2021</u>